

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00085-CV

Eliza **FLORES**,
Appellant

v.

**HEB GROCERY COMPANY, LP** d/b/a Joe V's Smart Shop,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: April 22, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement. The motion is unopposed by appellee. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM